ORIGINAL


FILED

11/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0357

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0357

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

SHELDON HAMELINE,

    Defendant and Appellant.

ORDER

FILED

NOV 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Sheldon Hameline appeals from the May 3, 2023 Judgment on Revocation of the Fourth Judicial District Court, Missoula County, in its Cause No. DC-19-285. Hameline argues the court erred by failing to give him sufficient credit for time served.

The State has filed a Notice of Concession that this matter should be remanded for the purpose of amending the Judgment on Revocation. Without agreeing with all arguments Hameline has raised, the State agrees that the District Court erred in failing to give Hameline sufficient credit for time served. Specifically, the State asserts the calculation of Hameline's jail and street credit, found on page 2 of the Judgment on Revocation, which awarded Hameline 224 days of credit, should be struck and replaced with the following:

Defendant shall receive 379 days of credit as follows:

► 153 days credit for time served prior to his February 18, 2022 sentencing hearing;

► 3 days credit for time served prior to his December 8, 2022 dispositional hearing;

► 136 days elapsed time credit earned prior to his December 8, 2022 dispositional hearing;

► 54 days jail credit for time served prior to his April 17, 2023 dispositional hearing; and

► 33 days elapsed time credit earned prior to his April 17, 2023 dispositional hearing.

Based on Hameline's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Fourth Judicial District Court, Missoula County, with instructions for the District Court to amend its Judgment on Revocation to provide Hameline credit with 379 days served as set forth above.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Missoula County Clerk of Court.

Dated this 26th day of November, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2